UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, JOHN DOE and J.D., <br> Plaintiffs <br><br> v. <br><br> TANYA MASTOLONI (aka Tanya Romero), <br> REBECCA KESSLER (nee Rebecca Wills), <br> CHRISTOPHER ESPOSITO, LAURA <br> SULLIVAN, AVON PUBLIC SCHOOLS, and <br> WELLESLEY COLLEGE, <br> Defendants | NO.: 3:14-cv-00718 (CSH) |

## CONFIDENTIALITY PLEDGE

The undersigned hereby acknowledges that he/she has read the foregoing Order entered by the Court on May 21, 2014, as modified on May 29, 2014, in the above-captioned matter presently pending in the United States District Court for the District of Connecticut and that he/she understands the terms thereof and agrees, upon threat of penalty of Contempt of Court, to be bound by such terms to the same extent as the Defendants in the above-captioned matter.


Print Name _____


Date: _____    Signature _____