# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> TANYA MASTOLONI, et al. <br><br> Defendants. | Civil Action No.: 3:14-cv-00718 (CSH) <br><br><br><br> August 22, 2014 |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT WELLESLEY COLLEGE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice that all claims against Defendant Wellesley College are voluntarily dismissed, without prejudice.

/s/ Paul S. Grosswald
**PAUL S. GROSSWALD**
**Bar Number: phv06803**
13 Irving Place, Suite 1
Summit, NJ 07901
Phone: 917-753-7007
Fax: 212-671-1321
pgrosswald@hotmail.com
Attorney for Plaintiffs
**Jane Doe, John Doe, and J.D.**

# CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically in the Court's ECF System on the date below. Notice of this filing will be sent by e-mail to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system, or through PACER.

Michael J. Rose
Johanna G. Zelman
Cindy A. Miller
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103
*Attorneys for Defendant Avon Public Schools*

Thomas R. Gerarde
Martha Anne Shaw
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
*Attorneys for Defendants Mastoloni, Kessler, Esposito, and Sullivan*

Miriam McKendall, Esq.
Katrina Chapman, Esq.
Holland & Knight
10 St. James Avenue
11th Floor
Boston, MA 02116
*Attorneys for Wellesley College*

Patricia E. Reilly, Esq.
Littler Mendelson, PC
One Century Tower
265 Church Street, 3rd Floor
New Haven, CT 06510
*Attorneys for Wellesley College*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2014 /s/ Paul S. Grosswald
**PAUL S. GROSSWALD**
**Bar Number: phv06803**