UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JOHN DOE and J.D., | : | NO.: 3:14-cv-00718 (CSH) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| TANYA MASTOLONI (aka Tanya Romero), | : | |
| REBECCA KESSLER (nee Rebecca Wills), | : | |
| CHRISTOPHER ESPOSITO, LAURA | : | |
| SULLIVAN, AVON PUBLIC SCHOOLS, and | : | |
| WELLESLEY COLLEGE, | : | |
|     Defendants | : | SEPTEMBER 9, 2015 |

**MOTION TO WITHDRAW MOTION TO DISQUALIFY**
**(DOC. ENTRY NO. 54)**

The Defendant, the **AVON PUBLIC SCHOOLS**, hereby moves to withdraw its motion and supporting memorandum of law to disqualify Plaintiffs' counsel from representing Plaintiff, **J.D**. (Docket Entry No. 54).  J.D. has recently turned 18 years old, and, therefore, there are no longer grounds on which this Court could grant the motion.

WHEREFORE, the Defendant respectfully requests that this motion be granted.

                                          DEFENDANT,
                                          AVON PUBLIC SCHOOLS

                                          By__/s/ Johanna G. Zelman_____
                                             Michael J. Rose (ct14803)
                                             Johanna G. Zelman (ct26966)
                                             Cindy A. Miller (ct29117)
                                             Rose Kallor, LLP
                                             750 Main Street, Suite 606
                                             Hartford, CT  06103
                                             (860) 748-4660
                                             (860) 241-1547 (Fax)
                                             E-Mail: mrose@rosekallor.com
                                             E-Mail: jzelman@rosekallor.com
                                             E-Mail: cmiller@rosekallor.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 9th day of September, 2015.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Thomas S. Groth, Esq.
Law Office of Thomas S. Groth, LLC
18 Park Place
1st Floor
Naugatuck, CT  06770

Paul S. Grosswald, Esq.
13 Irving Place
Suite 1
Summit, NJ  07901

Thomas R. Gerarde, Esq.
Peter J. Carpentier, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121


                                                                    /s/ Johanna G. Zelman_____
                                                                    Johanna G. Zelman