UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, a Connecticut resident; JOHN DOE, a Connecticut resident; and J.D., a Connecticut resident,<br><br>        Plaintiffs,<br> v.<br><br>TANYA MASTOLONI (aka Tanya Romero), a Connecticut resident; REBECCA KESSLER (nee Wills), a Connecticut resident; CHRISTOPHER ESPOSITO, a California resident; LAURA SULLIVAN, a Connecticut resident; AVON PUBLIC SCHOOLS, a Connecticut public school district,<br><br>        Defendants. | 3:14-CV-00718 (CSH)<br><br><br><br>**October 16, 2015** |

### RULING ON PLAINTIFFS' MOTION TO SET ASIDE ORDER

**HAIGHT,** Senior District Judge:

Plaintiffs move pursuant to District of Connecticut Local Rule 7(b) to set aside the Court's Order, doc. 114, granting Defendant Avon Public Schools' [113] Motion for Extension of Time until November 23, 2015 to Respond to Plaintiffs' Interrogatories and Requests for Production dated September 23, 2015. For the reasons that follow, that motion is denied.

Local Rule 7(b) "empower[s]" the Clerk of Court "to grant initial motions for extensions of time, not to exceed 30 days . . . with regard to" certain "time limitations," including "the date for serving responses to discovery requests." D. Conn. Loc. R. 7(b). Pursuant to that rule, the Clerk, in an ORDER, doc. 114, dated September 28, 2015 ("September 28 Order"), granted Avon Public Schools' [113] Motion for Extension of Time until November 23, 2015 to Respond to Plaintiffs'

September 23, 2015 Discovery Requests. Plaintiffs move to set aside that Order.

Motions to set aside a court order granting a motion for extension of time are governed by D. Conn. Loc. R. 7(b)(3), which provides that the Court may "set aside the order for good cause." *Id.* In support of its motion, Plaintiffs argue that Avon Public Schools is "pursuing a strategy of running out the clock." Doc. [116-1] at 5. "First," say Plaintiffs:

> [Avon Public Schools] asked [Plaintiffs if they would agree] to stay discovery until its pending motions to dismiss are decided. Then it sought [the instant] extension to respond to discovery, while simultaneously refusing to consent to extending the discovery end date. This Court should not permit Avon Public Schools to prevail with such a cynical strategy. Rather, Avon Public Schools should be required to litigate this matter on the merits, and that requires that Avon Public Schools respond to Plaintiffs' discovery demands with sufficient time for the merits of the case to be properly litigated.

*Id.* at 5-6.

Plaintiffs' instant objection is based on their perception that the Court's September 28 Order granting Avon Public Schools a thirty day extension of time within which to respond to discovery requests makes completion of discovery by the March 15, 2016 discovery deadline impossible. *See* Doc. 46 (Scheduling Order). Plaintiffs do not profess that the Court's September 28 Order, standing alone, will cause them undue prejudice. Rather, their argument is that the Court's September 28 Order, coupled with the looming discovery deadline, may work an undue prejudice upon them.

No showing has been made on the instant motion that completion of discovery within the five months left to do so is impossible. Even if it is impossible to complete discovery within that timeframe, nothing in the Court's September 28 Order would deprive Plaintiffs of their right to move pursuant to Fed. R. Civ. P. 16(b) to modify the Scheduling Order for "good cause." *Id.* In deciding whether to grant that motion, should a party make it, the Court would necessarily consider the role

its September 28 Order played in impeding the completion of discovery.

Good cause does not exist to set aside the Court's September 28 Order.  Accordingly, Plaintiffs' motion to set it aside (Doc. #116) is DENIED.  The Court expects the parties to work with reasonable diligence in order to meet all pretrial deadlines.

It is SO ORDERED.

Dated:   New Haven, Connecticut
            October 16, 2015

                                                  */s/ Charles S. Haight, Jr.*
                                                  CHARLES S. HAIGHT, JR.
                                                  Senior United States District Judge