UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JOHN DOE and J.D., | : | NO.:  3:14-cv-00718 (CSH) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| TANYA MASTOLONI (aka Tanya Romero), | : | |
| REBECCA KESSLER (nee Rebecca Wills), | : | |
| CHRISTOPHER ESPOSITO, LAURA | : | |
| SULLIVAN, AVON PUBLIC SCHOOLS, and | : | |
| WELLESLEY COLLEGE, | : | |
|     Defendants | : | JUNE 21, 2016 |

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

Pursuant to this Court's order dated June 6, 2016 (Doc. 131), the parties hereby submit this joint status report and proposed scheduling order.

1. **Status of the Case**: The case is proceeding through discovery.  Written discovery requests and initial responses have been exchanged.  The parties continue to confer in good faith regarding outstanding written discovery disputes.  The depositions of the Plaintiffs are scheduled for August 8, 16 and 17, 2016.  The current deadline to complete all discovery is December 30, 2016.  (Doc. 125).  The parties anticipate needing additional time to complete discovery as outlined in the below proposed scheduling order. There are no pending motions.

2. **Interest in referral to a U.S. Magistrate Judge for Settlement**:  The parties are not interested in a referral to a U.S. Magistrate Judge at this time for settlement purposes.

3. **Length of Trial**: It is estimated that trial in this matter will take 8-10 days.

4. **Proposed Scheduling Order**:

    Complete Written Discovery:              1/31/2017

    Complete Depositions of Fact Witnesses:    1/31/2017

    Plaintiffs' Supplemental Damages Analysis: 4/1/2017

| | |
|---|---|
| Disclosure of Expert Witnesses Re: Plaintiffs' Claims/Defendants' Affirmative Defenses: | 4/1/2017 |
| Depositions of Experts that were Required to be disclosed by 4/1/2017: | 6/1/2017 |
| Disclosure of Rebuttal Experts: | 8/1/2017 |
| Depositions of Rebuttal Experts: | 10/1/2017 |
| Supplemental Expert Reports from Experts required to be disclosed by 4/1/2017: | 12/1/2017 |
| Dispositive Motions: | 2/1/2018 |
| Joint Trial Memorandum: | 45 days after the Court's ruling on the last dispositive motion filed, or, if dispositive motions are not filed, 60 days after the completion of all discovery. |
| Ready for Trial: | 60 days after the parties file the Joint Trial Memorandum |

PLAINTIFFS,
JANE DOE, JOHN DOE AND J.D.


By: /s/ Paul S. Grosswald_____
    Paul S. Grosswald, Esq.
    13 Irving Place
    Suite 1
    Summit, NJ  07901
    (917) 753-7007
    (212) 671-1321 fax
    E-mail:  pgrosswald@hotmail.com

DEFENDANT,
AVON PUBLIC SCHOOLS


By: /s/ Cindy M. Cieslak
    Michael J. Rose, Esq. (ct14803)
    Johanna G. Zelman, Esq. (ct26966)
    Cindy M. Cieslak, Esq. (ct29117)
    FordHarrison, LLP
    750 Main Street, Suite 606
    Hartford, CT  06103
    (860) 748-4660
    (860) 241-1547 (Fax)
    E-Mail: mrose@fordharrison.com
    E-Mail: jzelman@fordharrison.com
    E-mail: ccieslak@fordharrison.com


DEFENDANTS,
TANYA MASTOLONI, REBECCA KESSLER,
CHRISTOPHER ESPOSITO AND LAURA
SULLIVAN


By: /s/ Thomas R. Gerarde
    Thomas R. Gerarde, Esq. (ct05640)
    Peter J. Carpentier, Esq.
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT 06114-1121
    (860) 249-1361
    (860) 249-7665 fax
    E-mail:  tgerarde@hl-law.com
    E-mail:  pcarpentier@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 21st day of June, 2016. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas S. Groth, Esq.
Law Office of Thomas S. Groth, LLC
18 Park Place
1st Floor
Naugatuck, CT  06770

Paul S. Grosswald, Esq.
13 Irving Place
Suite 1
Summit, NJ  07901

Thomas R. Gerarde, Esq.
Peter J. Carpentier, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121

                      /s/ Cindy M. Cieslak
                      Cindy M. Cieslak

WSACTIVELLP:8487463.1

12:50 PM