UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JOHN DOE and J.D., <br>   Plaintiffs | : | NO.: 3:14-cv-00718 (CSH) |
| | : | |
| v. | : | |
| | : | |
| TANYA MASTOLONI (aka Tanya Romero), <br> REBECCA KESSLER (nee Rebecca Wills), <br> CHRISTOPHER ESPOSITO, LAURA <br> SULLIVAN, AVON PUBLIC SCHOOLS, and <br> WELLESLEY COLLEGE, <br>   Defendants | : | |
| | : | JUNE 5, 2017 |

**JOINT STATUS REPORT**

On November 23, 2016, the parties filed a consent motion to stay litigation. [ECF 134.]

As explained in the memorandum supporting that motion [ECF 134-1]:

> Your Honor will recall that the Plaintiffs in this case are two parents, Jane and John Doe, and their daughter, J.D. The parents have two other daughters, E.D. and L.D., who are also J.D.'s sisters. This case involves a claim that E.D. and L.D. were subject to predatory indoctrination by the Defendant school faculty members, causing E.D. and L.D. to become alienated from the Doe family. [See 1st Am. Compl., Doc. 128, ¶¶ 1-15] FAC, The First Amended Complaint alleges that "Since July 12, 2013, E.D. and L.D. have had almost no communication with the rest of the Doe family." [Doc. 128, ¶ 400.]
>
> In recent months, however, the Doe family has made progress in reestablishing contact with E.D. and L.D. The relationship is still very delicate, and the Plaintiffs have still not engaged E.D. or L.D. in any discussions relating to the Defendants or this case. Yet, with the discovery end date approaching on December 30, 2016, it will become necessary for E.D. and L.D. to each be deposed very soon. The Plaintiffs are concerned that if E.D. and L.D. are deposed at this time it will create further strain on their relationship with the Plaintiffs and undermine the progress they have made to date. (See Declarations of John Doe, Jane Doe & J.D.)

>Therefore, the Plaintiffs are requesting that discovery in this case be stayed for six months. The Plaintiffs are hopeful that this will afford them an opportunity to rebuild their relationships with E.D. and L.D., which would mitigate any damages attributed to the Defendants. After that, the Plaintiffs will assess this case and decide how to proceed. (Id.)
>
>Plaintiffs' counsel has discussed this proposal with counsel for all Defendants, and they have all agreed to a six-month stay of discovery. The parties request that the Court set a scheduling conference for six months from today in order to reset the discovery end date and other scheduling deadlines in this case. (See Declaration of Paul S. Grosswald)

On December 5, 2016, this Court granted that motion and stayed the case for six months, but mistakenly stated that the stay would end on April 5, 2017. [ECF 136.] On April 3, 2017, this Court issued a corrected order stating that the stay would end on June 5, 2017, a full six months after the stay began. [ECF 138.] The Court ordered the parties to submit a Joint Status Report on June 5, 2016 suggesting dates for a revised scheduling order. [Id.]

Over the past six months, the communication between the Doe family and E.D. and L.D. has improved, but is still far from normal. Therefore, the Plaintiffs believe it would be best if the case were stayed for an additional six months, to create additional opportunity for improvement. The Plaintiffs have conferred with the Defendants and all of the Defendants have consented to a six-month extension of the stay. Therefore, the parties respectfully request that this Court extend the stay for an additional six months. Thank you for your consideration of this matter.

Dated: June 5, 2017                         /s/ Paul S. Grosswald
                                                             **PAUL S. GROSSWALD**
                                                             **Bar Number: phv06803**
                                                             13 Irving Place, Suite 1
                                                             Summit, NJ 07901
                                                             Phone: 917-753-7007
                                                             Fax: 212-671-1321
                                                             pgrosswald@hotmail.com
                                                             Attorney for Plaintiffs
                                                                     **Jane Doe, John Doe, and J.D.**