UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JOHN DOE and J.D., Plaintiffs | : : : | NO.: 3:14-cv-00718 (CSH) |
| v. | : : | |
| TANYA MASTOLONI (aka Tanya Romero), REBECCA KESSLER (nee Rebecca Wills), CHRISTOPHER ESPOSITO, LAURA SULLIVAN, AVON PUBLIC SCHOOLS, and WELLESLEY COLLEGE, Defendants | : : : : : : | DECEMBER 20, 2017 |

## STIPULATION FOR REFERENCE TO ADR

Pursuant to this Court's December 6, 2017 order [ECF 144], in which the Court assented to the Parties' proposed voluntary ADR, the Parties hereby submit a Stipulation for Reference to ADR, pursuant to Local Rule 16(h)(3), in which the parties agree that:

a) all Parties shall participate in voluntary ADR, in the form of mediation, the scope of which shall be to try to settle all issues in the case, with the ADR provider to be a magistrate judge of the District of Connecticut, to be selected by Judge Haight;

b) all litigation in this matter shall be stayed until the ADR is completed, without prejudice to the Plaintiffs' right to resume litigation if the case fails to completely settle when the ADR is completed;

c) the only procedure that shall take place prior to the ADR shall be Judge Haight's appointment of a magistrate judge of the District of Connecticut to serve as ADR provider;

d) the effect of the ADR process shall be non-binding;

e) the date for the completion of the ADR process shall be March 30, 2018, with one progress report to be filed by the ADR provider with Judge Haight on or before that same date;

f) the following special conditions shall be imposed by Judge Haight on the Parties during the ADR: all trial counsel and all Parties and/or representatives of insurers with settlement authority shall be required to attend the voluntary ADR session(s) fully prepared to make final demands and offers.

Agreed to on the 20th day of December 2017, by:

        PLAINTIFFS,
        JANE DOE, JOHN DOE AND J.D.

        /s/ Paul S. Grosswald
        Paul S. Grosswald (phv06083)
        13 Irving Place, Suite 1
        Summit, NJ 07901
        (917) 753-7007
        (212) 671-1321 (Fax)
        Email: pgrosswald@hotmail.com


        DEFENDANT,
        AVON PUBLIC SCHOOLS

        /s/ Johanna G. Zelman
        Johanna G. Zelman (ct26966)
        Rose Kallor, LLP
        750 Main Street, Suite 606
        Hartford, CT 06103
        (860) 748-4660
        (860) 241-1547 (Fax)
        E-Mail: jzelman@rosekallor.com

DEFENDANTS,
TANYA MASTOLONI, REBECCA KESSLER,
CHRISTOPHER ESPOSITO AND LAURA
SULLIVAN

/s/ Thomas R. Gerarde
Thomas R. Gerarde (ct05640)
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
Email: tgerarde@hl-law.com

Endorsed on the _____ day of _____ 201\_\_\_\_, by:

      JUDGE CHARLES S. HAIGHT, JR., U.S.D.J.

_____