# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE; JOHN DOE and J.D. | : | NO.: 3:14-CV-00718-CSH |
| | : | |
| v. | : | |
| | : | |
| TANYA MASTOLONI; REBECCA KESSLER; CHRISTOPHER ESPOSITO; LAURA SULLIVAN; AVON PUBLIC SCHOOLS and WELLESLEY COLLEGE | : | FEBRUARY 6, 2018 |

## MOTION TO EXCUSE DEFENDANTS MASTOLONI, KESSLER, AND ESPOSITO FROM THE MARCH 1, 2018 SETTLEMENT CONFERENCE

Defendants Tanya Mastoloni, Rebecca Kessler, and Christopher Esposito hereby move this court to excuse them from the March 1, 2018 settlement conference, and to allow them to be available by telephone, if necessary.

In support of this motion, these defendants submit that good cause exists in that:

1. These individual defendants do not possess any decision-making authority regarding settlement, and their physical attendance at the settlement conference will not aid in the negotiations regarding resolution.

2. Defendants Tanya Mastoloni and Rebecca Kessler are teachers, and their physical attendance at the settlement conference would require them to miss assigned lesson periods at their respective schools.

3. Defendant Christopher Esposito resides on the west coast.

4. These individual defendants will be available by telephone as needed throughout the duration of the settlement conference.

5. The settlement conference will be attended by the insurance representative for Avon Public Schools, who possesses full settlement authority.

6. Counsel for these defendants has contacted plaintiff's counsel, Attorney Paul Grosswald, and co-defendant's counsel, Attorney Johanna Zelman. Counsel for the co-defendant consents to the granting of this motion. Counsel for the plaintiff does not consent to the granting of this motion.

2

WHEREFORE, for the foregoing reasons, defendants Tanya Mastoloni, Rebecca Kessler, and Christopher Esposito hereby request that their motion to be excused from the March 1, 2018 settlement conference be granted.

DEFENDANTS,
TANYA MASTOLONI; REBECCA KESSLER; and CHRISTOPHER ESPOSITO

By   /s/ Thomas R. Gerarde
    Thomas R. Gerarde (ct05640)
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that on February 6, 2018, a copy of the foregoing Motion To Excuse was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Paul Grosswald, Esq.**
**13 Irving Place, Suite 1**
**Summit, NJ 07901**
***(PHV – Attorney for Plaintiffs)***

**Thomas S. Groth, Esq.**
**Glouzgal Ramos Groth LLP**
**304 Federal Rd, Suite 112**
**Brookfield, CT 06804**
***(Attorney for Plaintiffs)***

**Cindy A. Miller, Esq.**
**Michael J. Rose, Esq.**
**Johanna G. Zelman, Esq.**
**Ford Harrison, LLP**
**750 Main Street, Suite 606**
**Hartford, CT 06103**
***(Attorneys for Avon Public Schools)***

                                        **/s/ Thomas R. Gerarde**
                                           **Thomas R. Gerarde**