UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JOHN DOE and J.D., | : | NO.: 3:14-cv-00718 (CSH) |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| TANYA MASTOLONI (aka Tanya Romero), | : | |
| REBECCA KESSLER (nee Rebecca Wills), | : | |
| CHRISTOPHER ESPOSITO, LAURA | : | |
| SULLIVAN, AVON PUBLIC SCHOOLS, and | : | |
| WELLESLEY COLLEGE, | : | |
|     Defendants | : | FEBRUARY 8, 2018 |

## **MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Cindy M. Cieslak moves the Court for permission to withdraw her appearance filed on behalf of the Defendant, Avon Public Schools, in the above-captioned matter. Good cause exists to grant this motion because the undersigned is no longer affiliated with FordHarrison, LLP, however, Johanna G. Zelman, a partner with FordHarrison, LLP, continues to represent the Defendant.

DEFENDANT,
AVON PUBLIC SCHOOLS

By /s/ Cindy M. Cieslak
   Michael J. Rose (ct14803)
   Cindy M. Cieslak (ct29117)
   Rose Kallor, LLP
   750 Main Street, Suite 1108-3
   Hartford, CT 06103
   (860) 361-7999
   (860) 270-0710 (Fax)
   E-Mail: mrose@rosekallor.com
   E-Mail: ccieslak@rosekallor.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 8th day of February, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Thomas S. Groth, Esq.
Law Office of Thomas S. Groth, LLC
18 Park Place
1st Floor
Naugatuck, CT 06770

Paul S. Grosswald, Esq.
13 Irving Place
Suite 1
Summit, NJ 07901

Thomas R. Gerarde, Esq.
Peter J. Carpentier, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121


                                           /s/ Cindy M. Cieslak
                                           Cindy M. Cieslak